# ELECTRONIC RECORD

**228-15**

COA # 01-14-00206-CR    OFFENSE: 21.1 (Sexual Abuse of Child)

STYLE: Alan Omar Rodriguez v. The State of Texas    COUNTY: Harris

COA DISPOSITION: AFFIRM    TRIAL COURT: 177th District Court

DATE: 02/03/2015    Publish: NO    TC CASE #: 1378403

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alan Omar Rodriguez v. The State of Texas    CCA #: **228-15**

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____STRUCK_____    JUDGE: _____

DATE: 04/29/2015    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

PRO SE PETITION    REHEARING IN CCA IS: _____

FOR DISCRETIONARY REVIEW    JUDGE: _____

IS _refused_

DATE July 29, 2015    **ELECTRONIC RECORD**

_pc_

JUDGE